# United States Bankruptcy Court
## District of Utah

In re _CHRISTOPHER JOSEPH HENDRY & KIMBERLY FLEISCHER HENDRY_
Debtor(s)

Case No. _09-29124_
Chapter _7_

## PAYMENT ADVICES[1] CERTIFICATION

Under 11 U.S.C. § 521(a)(1)(B)(iv), I,[2] _Kimberly Fleischer Hendry_, hereby state as follows (select one):

[X] 1. I have attached hereto, or previously filed with the Court, copies of **all** payment advices or other evidence of payment received from any employer within 60 days before the date of the filing of my bankruptcy petition.

[ ] 2. I did not receive any payment advices or other evidence of payment at any point during the 60 days before the date of the filing of my bankruptcy petition.

[ ] 3. I received payment advices from an employer during the 60 days before the date of the filing of my bankruptcy petition but have been unable to locate all of the documents or replacements. I understand that if I do not submit all payment advices or other evidence of payment within 45 days from the filing of my bankruptcy petition, my case will be **automatically dismissed** without further notice or hearing.

I declare under penalty of perjury that the foregoing statement is true and correct to the best of our knowledge, information and belief.

Dated this _27th_ day of _August_, 20_09_

_Kimberly F. Hendry_ (Signature)
Debtor

---

1. A "Payment Advice" includes, but not limited to, pay stubs attached to your paycheck, employer's statements of hours and earnings, deposit notifications, etc.

2. A separate form must be submitted by each debtor in a joint case.

**(Mail completed form to: U.S.B.C., 350 South Main Street, Salt Lake City, Utah 84101)**

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**Earnings Statement**

ADP

CASTLE & COOKE MORTGAGE, LLC.
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Period Beginning: 06/22/2009
Period Ending: 07/05/2009
Pay Date: 07/10/2009

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 11
 UT: 11

00000000038
KIMBERLY F HENDRY
4669 WALLACE LN
HOLLADAY, UT 84117

Social Security Number: XXX-XX-1168

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | | |
| Commissions | | | 4,296.07 | 49,081.76 |
| **Gross Pay** | | | **$4,296.07** | 49,081.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -289.19 | 8,587.56 |
| | Social Security Tax | -259.75 | 3,036.46 |
| | Medicare Tax | -60.75 | 710.14 |
| | UT State Income Tax | -187.72 | 2,381.11 |

| Other | | |
|---|---|---|
| Checking | -3,392.04 | |
| Pretax Dental | -11.28* | 11.28 |
| Pretax Med | -93.12* | 93.12 |
| Vision | -2.22* | 2.22 |

**Net Pay**      **$0.00**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $4,189.45

---

CASTLE & COOKE MORTGAGE, LLC
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Advice number: 00000280038
Pay date: 07/10/2009

Deposited to the account of
KIMBERLY F HENDRY

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx1909 | xxxx xxxx | $3,392.04 |

**NON-NEGOTIABLE**

# Earnings Statement 

CASTLE & COOKE MORTGAGE, LLC.
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Period Beginning: 07/06/2009
Period Ending: 07/19/2009
Pay Date: 07/24/2009

00000000040
KIMBERLY F HENDRY
4669 WALLACE LN
HOLLADAY, UT 84117

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 11
 UT: 11

Social Security Number: XXX-XX-1168

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | | |
| Commissions | | | | 49,081.76 |
| **Gross Pay** | | | **$0.00** | 49,081.76 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | | 8,587.56 |
| | Social Security Tax | | 3,036.46 |
| | Medicare Tax | | 710.14 |
| | UT State Income Tax | | 2,381.11 |
| | Other | | |
| | Pretax Dental | | 11.28 |
| | Pretax Med | | 93.12 |
| | Vision | | 2.22 |

**Net Pay**  **$0.00**

© 2000 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

CASTLE & COOKE MORTGAGE, LLC.
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Advice number: 00000300040
Pay date: 07/24/2009

Deposited to the account of
KIMBERLY F HENDRY

account number    transit ABA    amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement** 

CASTLE & COOKE MORTGAGE, LLC.
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Period Beginning: 07/20/2009
Period Ending: 08/02/2009
Pay Date: 08/07/2009

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 11
 UT: 11

KIMBERLY F HENDRY
4669 WALLACE LN
HOLLADAY, UT 84117

Social Security Number: XXX-XX-1168

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | | |
| Commissions | | | 2,542.17 | 51,623.93 |
| **Gross Pay** | | | **$2,542.17** | 51,623.93 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -17.90 | 8,605.46 |
| Social Security Tax | | -144.39 | 3,180.85 |
| Medicare Tax | | -33.77 | 743.91 |
| UT State Income Tax | | -70.50 | 2,451.61 |
| **Other** | | | |
| Pretax Dental | | -22.56* | 33.84 |
| Pretax Med | | -186.24* | 279.36 |
| Vision | | -4.44* | 6.66 |
| **Net Pay** | | **$2,062.37** | |

**Deposits**
Account No.                  xxxxx1079
Transit/ABA                  XXXX XXXX
Pending

**Important Notes**
YOUR BANK WAS NOTIFIED OF YOUR REQUEST FOR DIRECT DEPOSIT. IT WILL BEGIN AFTER ACCOUNT VERIFICATION.

* Excluded from federal taxable wages

Your federal taxable wages this period are $2,328.93



# Earnings Statement 

CASTLE & COOKE MORTGAGE, LLC.
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Period Beginning: 08/03/2009
Period Ending: 08/16/2009
Pay Date: 08/21/2009

00000000040
KIMBERLY F HENDRY
4669 WALLACE LN
HOLLADAY, UT 84117

Taxable Marital Status: Married
Exemptions/Allowances:
- Federal: 11
- UT: 11

Social Security Number: XXX-XX-1168

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | | |
| Commissions | | | | 51,623.93 |
| **Gross Pay** | | | **$0.00** | 51,623.93 |

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | | 8,605.46 |
| Social Security Tax | | 3,180.85 |
| Medicare Tax | | 743.91 |
| UT State Income Tax | | 2,451.61 |
| **Other** | | |
| Pretax Dental | | 33.84 |
| Pretax Med | | 279.36 |
| Vision | | 6.66 |
| **Net Pay** | | **$0.00** |

---

CASTLE & COOKE MORTGAGE, LLC.
10900 WILSHIRE BLVD., #1600
LOS ANGELES, CA 90024

Advice number: 00000340040
Pay date: 08/21/2009

Deposited to the account of
KIMBERLY F HENDRY

account number   transit ABA   amount

**NON-NEGOTIABLE**